IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DENNIS D. GOLD      *
         *
         *
     v.      *      Civil No. – JFM-14-40
         *
METZ LEWIS LAW FIRM, LLC, ET AL.      *
         ******

## **MEMORANDUM**

Defendant's, Metz Lewis Law Firm, LLC, Steven Petrikis, Susan Smollin, Michael P. Robic, II, and Leroy L. Metz, II, have filed a motion to dismiss the complaint.[1] The other defendants apparently have not yet been served.

Plaintiff's complaint is disjointed and rambling. It is clear, however, that this court lacks subject matter jurisdiction, that many of plaintiff's claim do not state any claim upon which relief can be granted, and that the claims are barred by the doctrine of res judicata. Plaintiff's claims arise from the successful prosecution by members of the Metz Lewis law firm of a prior action instituted in the Court of Common Pleas of Vanango County, Pennsylvania and a suit instituted by plaintiff in the United States District Court for the Western District of Pennsylvania.

A separate order granting defendants' motion is being entered herewith.[2]

Date: June 5, 2014      /s/ J. Frederick Motz
         J. Frederick Motz
         United States District Judge

---

[1] The motion will be granted.
[2] Because I am granting the motion to dismiss, the motion for sanctions filed by the Metz Lewis law firm defendants and a motion to compel and a motion to quash filed by plaintiff are denied as moot.

1